■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TINA JONES, Appellant. [885 NYS2d 240]—Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Suffolk County (J. Doyle, J.), imposed April 10, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Rivera, J.P., Santucci, Balkin and Chambers, JJ., concur.